# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CONNIE LAKEY BAJULA** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **C.A. No.: 4:13-cv-1546** |
| | § | |
| **SAN JACINTO COLLEGE** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

Pending before the Court is Defendants' motion to dismiss certain claims (Docket no. 10). Subsequent to the filing of Defendants' motion, Plaintiff filed an amended complaint that voluntarily dismissed the claims identified in the motion to dismiss (Docket no. 11). Specifically, Plaintiff voluntarily dismissed all claims against William Taylor, the Title VII disparate impact claim, the claim for punitive damages, and the claim for intentional infliction of emotional distress. Therefore, the matters raised by the motion to dismiss are now moot. Accordingly, the Court denies without prejudice the motion to dismiss.

UNITED STATES DISTRICT COURT JUDGE
VANESSA GILMORE

Sept. 3, 2013

DATE